**The People of the State of Illinois, defendant in error, v. Stanley Walczak et al., plaintiffs in error. Gen. No. 28,280.**

Indictment for conspiracy to extort. Judgment for the people. Error to the Criminal Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924. Rehearing denied May 10, 1924.

Rudolph Frankenstein and John J. Lupe, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry

T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Thomson delivered the opinion of the court.